

**FILED**

SEP 5 2019

Clerk, U.S. Bankruptcy,
Orlando Division

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

IN RE: WILLIAM JOHN MILLER          Case No.: 6:19-BK-03759-CCJ     #94617
AKA WILLIAM J. MILLER                                                   $350

            **Debtor**

                                              19-mp-5 CCJ
_____

**MARION OMLOR**
**a/k/a MARION MILLER**

        *Plaintiff*

    v.

**WILLIAM J. MILLER**

        *Defendant*


## NOTICE OF REMOVAL


AND NOW comes the Defendant, William J. Miller ("Defendant"), by and

through his undersigned counsel, Peter H. Thomson, Esq. and file this Notice of Removal

of Civil Action from the Court of Common Pleas of Schuylkill County, Pennsylvania,

and in support thereof aver as follows:

1.      On April 8, 2013, the Plaintiff, Marian Omlor, a/k/a Marian Miller

("Plaintiff") filed an action in divorce against Defendant in the Court of Common Pleas

of Schuylkill County, Pennsylvania at Docket No. S-659-2013.  A copy of the Civil

Docket from Schuylkill County, Pennsylvania is attached hereto, marked Exhibit "A" and

incorporated herein.

2.     The concise statement of the facts which entitles Defendant to remove this action filed in the Court of Common Pleas of Schuylkill County are:

(a)     Defendant and Plaintiff are both domiciled in Volusia County, Florida.

(b)     Defendant filed for relief under Chapter 13 of the US Bankruptcy Code on June 7, 2019 in the United States Bankruptcy Court for the Middle District of Florida.

(c)     A bifurcated divorce decree was entered in Schuylkill County Pennsylvania on February 19, 2016.

(d)     Plaintiff and Defendant have been engaged in equitable distribution litigation in Schuylkill County, Pennsylvania since April 2013 without resolution despite numerous attempts at mediation and several hearings before a Special Master.

(e)     The equitable distribution litigation directly involves property of the Bankruptcy estate and claims by Plaintiff against the property.

(f)     The cause of action filed in Schuylkill County clearly relates to and arises out of the bankruptcy.

(g)     Plaintiff filed a Proof of Claim of August 16, 2019.  A copy of the Proof of Claim is attached hereto, marked Exhibit "B" and incorporated herein.

(h)     The equitable distribution litigation has been languishing in Schuylkill County since 2013 without resolution.

3.     Upon removal of the equitable distribution litigation in Schuylkill County, Defendant consents to the entry of final orders or judgment by the bankruptcy court.

4.     It is impractical to attach all processes and pleading from the equitable distribution litigation as there are 12 pages of docket entries spanning over 7 years.

Defendant seeks this Honorable Court's waiver of this requirement until further order of court.

5.     Insofar that this equitable distribution litigation in Schuylkill County directly involves property of the Bankruptcy estate and claims by Plaintiff against the property of the Bankruptcy estate, Defendant respectfully requests that this Honorable Court remove the civil action of Plaintiff to the United States Bankruptcy Court for the Middle District of Florida.

WHEREFORE, Defendant, William J. Miller, respectfully requests that this action be removed from the Court of Common Pleas of Schuylkill County, Pennsylvania, to this Honorable Court.

Respectfully Submitted,

THOMSON LAW OFFICES LLC

Peter H. Thomson
Attorney for William J. Miller

FL ID 1004230

Thomson Law Offices LLC
5201 S. Atlantic Avenue, Unit 404
New Smyrna Beach, FL 32169

386-410-4633
pht@thomsonlawofficesllc.com

# Civil Case: S-659-2013

| Action | DIVORCE |
|---|---|
| Received | 04/08/2013 @ 11:24AM |

| Initial Cost | 405.00 |
|---|---|

| Filings | 374 |
|---|---|
| Plaintiffs | 2 |
| Defendants | 3 |

| Paid | |
|---|---|
| Plaintiff | 849.00 |
| Defendant | 679.25 |
| Office | 8.00 |
| Total | 1536.25 |

| Divorce | | | |
|---|---|---|---|
| Date Married | Cause | Decree Date | Judge |
| 07/11/1981 | NO FAULT | 02/19/2016 | DOMALAKES,JOHN E |

| Plaintiffs | Defendants |
|---|---|
| OMLOR,MARIAN L | MILLER,WILLIAM J |
| MILLER,MARIAN L | MILLER JR,WILLIAM J |
| | MILLER,ROBERT |

| Filings | | | | |
|---|---|---|---|---|
| Date | Filing | Filed By | Cost | To |
| 06/10/2019 | SUGGESTIONS OF BANKRUPTCY | ZANE,J ROBERT | | |
| 06/10/2019 | CERTIFICATE OF SERVICE | ZANE,J ROBERT | | |
| 04/30/2019 | CONFIDENTIAL FORM | FACKENTHAL,JILL E | | |
| 04/30/2019 | ANSWER | FACKENTHAL,JILL E | | |
| 04/30/2019 | CERTIFICATE OF SERVICE | FACKENTHAL,JILL E | | |
| 04/15/2019 | CONFIDENTIAL FORM | ZANE,J ROBERT | | |
| 04/15/2019 | AMENDMENT | ZANE,J ROBERT | | |
| 04/15/2019 | CERTIFICATE OF SERVICE | ZANE,J ROBERT | | |
| 04/15/2019 | CONFIDENTIAL FORM | FACKENTHAL,JILL E | | |
| 04/15/2019 | PROPOSED FINDING OF FACT/CONCLUS OF LAW | FACKENTHAL,JILL E | | |
| 04/15/2019 | CERTIFICATE OF SERVICE | FACKENTHAL,JILL E | | |
| 03/12/2019 | PRAECIPE | FACKENTHAL,JILL E | | |
| 03/12/2019 | CERTIFICATE OF SERVICE | FACKENTHAL,JILL E | | |
| 03/11/2019 | ORDER OF COURT/COPIES MAILED | DOMALAKES,JOHN E | | |
| 03/11/2019 | ORDER/HEARING SCHEDULE FOR | DOMALAKES,JOHN E | | |
| | Special Process on 03/15/2019 10:00AM At CCO | | | |

**EXHIBIT A**

| 02/28/2019 | APPLICATION APPROVED AND CONTINUED | MASTERS OFFICE | | |
|---|---|---|---|---|
| Special Process on 03/25/2019 09:00AM At MASTERS OFFICE | | | | |
| 02/27/2019 | REVISED ORDER-COPIES MAILED | BALDWIN,WILLIAM | | |
| 02/27/2019 | ORDER/HEARING SCHEDULE FOR | BALDWIN,WILLIAM | | |
| Special Process on 03/15/2019 10:00AM At MASTERS OFFICE | | | | |
| 02/27/2019 | APPLICATION FOR CONTINUANCE | FACKENTHAL,JILL E | | |
| 02/25/2019 | ORDER OF COURT/COPIES MAILED | DOMALAKES,JOHN E | | |
| 02/25/2019 | ORDER-GRANTED | DOMALAKES,JOHN E | | |
| 02/25/2019 | ORDER OF COURT/COPIES MAILED | BALDWIN,WILLIAM | | |
| 02/25/2019 | ORDER/HEARING SCHEDULE FOR | BALDWIN,WILLIAM | | |
| Special Process on 03/15/2019 10:00AM At | | | | |
| 02/20/2019 | PETITION | PAVLOVITZ,GREGORY J. | | |
| 02/20/2019 | CERTIFICATE OF SERVICE | PAVLOVITZ,GREGORY J. | | |
| 02/15/2019 | CERTIFICATE OF SERVICE | ZANE,J ROBERT | | |
| 02/15/2019 | PETITION | ZANE,J ROBERT | | |
| 02/15/2019 | CERTIFICATE OF SERVICE | ZANE,J ROBERT | | |
| 02/15/2019 | REPORT | ZANE,J ROBERT | | |
| 02/15/2019 | REPORT | ZANE,J ROBERT | | |
| 02/11/2019 | DOCUMENTS | ZANE,J ROBERT | | |
| 02/08/2019 | PRAECIPE | FACKENTHAL,JILL E | | |
| 02/08/2019 | CERTIFICATE OF SERVICE | FACKENTHAL,JILL E | | |
| 01/10/2019 | ORDER OF COURT/COPIES MAILED | DOMALAKES,JOHN E | | |
| 01/10/2019 | ORDER FOR PERFORMANCE | DOMALAKES,JOHN E | | |
| 01/02/2019 | PROPOSED FINDING OF FACT/CONCLUS OF LAW | ZANE,J ROBERT | | |
| 01/02/2019 | CERTIFICATE OF SERVICE | ZANE,J ROBERT | | |
| 12/21/2018 | ORDER OF COURT/COPIES MAILED | DOMALAKES,JOHN E | | |
| 12/21/2018 | ORDER FOR PERFORMANCE | DOMALAKES,JOHN E | | |
| 12/18/2018 | MEMORANDUM OF LAW | FACKENTHAL,JILL E | | |
| 12/18/2018 | CERTIFICATE OF SERVICE | FACKENTHAL,JILL E | | |
| 12/10/2018 | MEMORANDUM | ZANE,J ROBERT | | |
| 12/10/2018 | CERTIFICATE OF SERVICE | ZANE,J ROBERT | | |
| 12/06/2018 | PROPOSED FINDINGS OF FACT/BRIEF | FACKENTHAL,JILL E | | |
| 12/06/2018 | CERTIFICATE OF SERVICE | FACKENTHAL,JILL E | | |
| 11/26/2018 | MOTION | FACKENTHAL,JILL E | | |
| 11/26/2018 | CERTIFICATE OF SERVICE | FACKENTHAL,JILL E | | |
| 11/07/2018 | ORDER OF COURT/COPIES MAILED | BALDWIN,WILLIAM | | |
| 11/07/2018 | ORDER/HEARING SCHEDULE FOR | BALDWIN,WILLIAM | | |
| Special Process on 11/16/2018 09:00AM At CCO | | | | |
| 10/29/2018 | MOTION | ZANE,J ROBERT | | |

| Date | Description | Name | | |
|------|-------------|------|---|---|
| 10/29/2018 | CERTIFICATE OF SERVICE | ZANE,J ROBERT | | |
| 05/21/2018 | ORDER OF COURT/COPIES MAILED | DOMALAKES,JOHN E | | |
| 05/21/2018 | ORDER FOR PERFORMANCE | DOMALAKES,JOHN E | | |
| 05/18/2018 | STIPULATION | FACKENTHAL,JILL E | | |
| 01/09/2018 | APPLICATION FOR CONTINUANCE | ZANE,J ROBERT | | |
| 01/09/2018 | ORDER OF COURT/COPIES MAILED | DOMALAKES,JOHN E | | |
| 01/09/2018 | ORDER/HEARING CANCELLED | DOMALAKES,JOHN E | | |
| 01/09/2018 | ORDER OF COURT/COPIES MAILED | MASTER | | |
| 01/09/2018 | APPLICATION DENIED | MASTER | | |
| 01/09/2018 | APPEAL | ZANE,J ROBERT | | |
| 01/09/2018 | APPEAL GRANTED | DOMALAKES,JOHN E | | |
| 01/09/2018 | APPLICATION DENIED | MASTERS OFFICE | | |
| 01/08/2018 | APPLICATION FOR CONTINUANCE | ZANE,J ROBERT | | |
| 01/08/2018 | APPLICATION DENIED | CCO | | |
| 01/08/2018 | APPEAL OF DENIED APPLICATION | ZANE,J ROBERT | | |
| 01/08/2018 | ORDER OF COURT/COPIES MAILED | BALDWIN,WILLIAM | | |
| 01/08/2018 | APPEAL-DENIED | BALDWIN,WILLIAM | | |
| 01/02/2018 | ORDER OF COURT/COPIES MAILED | DOMALAKES,JOHN E | | |
| 01/02/2018 | ORDER FOR PERFORMANCE | DOMALAKES,JOHN E | | |
| 12/11/2017 | TRANSCRIPT | COURT REPORTER | | |
| 12/11/2017 | PRAECIPE TO WITHDRAW PETITION | FACKENTHAL,JILL E | | |
| 12/11/2017 | STIPULATION | PAVLOVITZ,GREGORY J. | | |
| 12/11/2017 | ORDER OF COURT/COPIES MAILED | DOMALAKES,JOHN E | | |
| 12/11/2017 | STIPULATION | DOMALAKES,JOHN E | | |
| 12/11/2017 | ORDER OF COURT/COPIES MAILED | BALDWIN,WILLIAM | | |
| 12/11/2017 | ORDER/HEARING SCHEDULE FOR | BALDWIN,WILLIAM | | |
| | Special Process on 01/09/2018 09:00AM At MASTERS OFFICE | | | |
| 12/08/2017 | REQUEST FOR TRANSCRIPT | FACKENTHAL,JILL E | | |
| 12/06/2017 | MOTION TO COMPEL | ZANE,J ROBERT | | |
| 12/06/2017 | CERTIFICATE OF SERVICE | ZANE,J ROBERT | | |
| 11/28/2017 | MEMORANDUM OF LAW | ZANE,J ROBERT | | |
| 11/28/2017 | CERTIFICATE OF SERVICE | ZANE,J ROBERT | | |
| 11/09/2017 | TRANSCRIPT | COURT REPORTER | | |
| 11/02/2017 | REQUEST FOR TRANSCRIPT | FACKENTHAL,JILL E | | |
| 10/12/2017 | ORDER OF COURT/COPIES MAILED | BALDWIN,WILLIAM | | |
| 10/12/2017 | ORDER/HEARING SCHEDULE FOR | BALDWIN,WILLIAM | | |
| | Special Process on 11/22/2017 10:00AM At MASTERS OFFICE | | | |
| 10/12/2017 | ORDER OF COURT/COPIES MAILED | DOMALAKES,JOHN E | | |
| 10/12/2017 | DECISION-COPIES MAILED | DOMALAKES,JOHN E | | |

| | | | | |
|---|---|---|---|---|
| 10/10/2017 | PETITION FOR CONTEMPT | FACKENTHAL,JILL E | | |
| 10/10/2017 | CERTIFICATE OF SERVICE | FACKENTHAL,JILL E | | |
| 10/09/2017 | PRAECIPE TO WITHDRAW PETITION | FACKENTHAL,JILL E | | |
| 10/06/2017 | REPLY | FACKENTHAL,JILL E | | |
| 10/06/2017 | CERTIFICATE OF SERVICE | FACKENTHAL,JILL E | | |
| 09/15/2017 | ORDER OF COURT/COPIES MAILED | BALDWIN,WILLIAM | | |
| 09/15/2017 | ORDER/HEARING SCHEDULE FOR | BALDWIN,WILLIAM | | |
| | Special Process on 10/13/2017 09:00AM At MASTERS OFFICE | | | |
| 09/14/2017 | ANSWER | ZANE,J ROBERT | | |
| 09/14/2017 | CERTIFICATE OF SERVICE | ZANE,J ROBERT | | |
| 09/14/2017 | APPLICATION APPROVED AND CONTINUED | CCO | | |
| | Special Process on 10/09/2017 03:15PM At CCO | | | |
| 09/08/2017 | ORDER OF COURT/COPIES MAILED | BALDWIN,WILLIAM | | |
| 09/08/2017 | RULE FOR HEARING TO BE HELD ON | BALDWIN,WILLIAM | | |
| | Special Process on 09/25/2017 01:15PM At | | | |
| 09/06/2017 | PETITION FOR SPECIAL RELIEF | FACKENTHAL,JILL E | 64.00 | PLAINTIFF |
| 09/06/2017 | CERTIFICATE OF SERVICE | FACKENTHAL,JILL E | | |
| 08/22/2017 | BRIEF | ZANE,J ROBERT | | |
| 08/22/2017 | CERTIFICATE OF SERVICE | ZANE,J ROBERT | | |
| 08/14/2017 | BRIEF | FACKENTHAL,JILL E | | |
| 08/14/2017 | CERTIFICATE OF SERVICE | FACKENTHAL,JILL E | | |
| 08/14/2017 | REPLY | FACKENTHAL,JILL E | | |
| 08/14/2017 | CERTIFICATE OF SERVICE | FACKENTHAL,JILL E | | |
| 08/04/2017 | BRIEF | ZANE,J ROBERT | | |
| 08/04/2017 | CERTIFICATE OF SERVICE | ZANE,J ROBERT | | |
| 07/26/2017 | EXCEPTIONS | FACKENTHAL,JILL E | | |
| 07/26/2017 | CERTIFICATE OF SERVICE | FACKENTHAL,JILL E | | |
| 07/25/2017 | EXCEPTIONS | ZANE,J ROBERT | | |
| 07/25/2017 | CERTIFICATE OF SERVICE | ZANE,J ROBERT | | |
| 07/07/2017 | AMENDMENT | CCO | | |
| 03/16/2017 | ORDER OF COURT/COPIES MAILED | BALDWIN,WILLIAM | | |
| 03/16/2017 | ORDER/HEARING SCHEDULE FOR | BALDWIN,WILLIAM | | |
| | Special Process on 03/27/2017 09:00AM At MASTER | | | |
| 03/09/2017 | PETITION FOR SPECIAL RELIEF | FACKENTHAL,JILL E | 64.00 | PLAINTIFF |
| 03/09/2017 | CERTIFICATE OF SERVICE | FACKENTHAL,JILL E | | |
| 01/24/2017 | ORDER OF COURT/COPIES MAILED | DOMALAKES,JOHN E | | |
| 01/24/2017 | ORDER-DENIED | DOMALAKES,JOHN E | | |
| 01/19/2017 | BRIEF | ZANE,J ROBERT | | |
| 01/19/2017 | CERTIFICATE OF SERVICE | ZANE,J ROBERT | | |

| | | | | |
|---|---|---|---|---|
| 01/13/2017 | BRIEF | PAVLOVITZ,GREGORY J. | | |
| 01/13/2017 | CERTIFICATE OF SERVICE | PAVLOVITZ,GREGORY J. | | |
| 12/27/2016 | EXCEPTIONS | PAVLOVITZ,GREGORY J. | | |
| 12/27/2016 | CERTIFICATE OF SERVICE | PAVLOVITZ,GREGORY J. | | |
| 12/07/2016 | ORDER OF COURT/COPIES MAILED | DOMALAKES,JOHN E | | |
| 12/07/2016 | ORDER-PETITION DENIED | DOMALAKES,JOHN E | | |
| 12/07/2016 | ORDER OF COURT/COPIES MAILED | DOMALAKES,JOHN E | | |
| 12/07/2016 | ORDER FOR PERFORMANCE | DOMALAKES,JOHN E | | |
| 12/06/2016 | SUPPLEMENT | MASTER | | |
| 11/14/2016 | TRANSCRIPT | COURT REPORTER | | |
| 11/14/2016 | APPLICATION APPROVED AND CONTINUED | MASTER | | |
| Special Process on 12/13/2016 09:15AM At MASTER | | | | |
| 11/14/2016 | ORDER OF COURT/COPIES MAILED | BALDWIN,WILLIAM | | |
| 11/14/2016 | ORDER/HEARING SCHEDULE FOR | BALDWIN,WILLIAM | | |
| Special Process on 12/13/2016 09:15AM At MASTER | | | | |
| 11/10/2016 | PETITION FOR SPECIAL RELIEF | FACKENTHAL,JILL E | 64.00 | PLAINTIFF |
| 11/10/2016 | CERTIFICATE OF SERVICE | FACKENTHAL,JILL E | | |
| 11/10/2016 | APPLICATION FOR CONTINUANCE | ZANE,J ROBERT | | |
| 11/01/2016 | ORDER OF COURT/COPIES MAILED | BALDWIN,WILLIAM | | |
| 11/01/2016 | ORDER/HEARING SCHEDULE FOR | BALDWIN,WILLIAM | | |
| Special Process on 11/18/2016 09:30AM At CCO | | | | |
| 09/09/2016 | ORDER OF COURT/COPIES MAILED | DOMALAKES,JOHN E | | |
| 09/09/2016 | ORDER FOR PERFORMANCE | DOMALAKES,JOHN E | | |
| 09/02/2016 | MOTION | PAVLOVITZ,GREGORY J. | | |
| 09/02/2016 | MEMORANDUM/SUPPORT OF MOTION | PAVLOVITZ,GREGORY J. | | |
| 09/02/2016 | CERTIFICATE OF SERVICE | PAVLOVITZ,GREGORY J. | | |
| 09/02/2016 | RESPONSE TO OBJECTIONS | PAVLOVITZ,GREGORY J. | | |
| 09/02/2016 | CERTIFICATE OF SERVICE | PAVLOVITZ,GREGORY J. | | |
| 08/25/2016 | OBJECTION | ZANE,J ROBERT | | |
| 08/25/2016 | MEMORANDUM OF LAW | ZANE,J ROBERT | | |
| 08/25/2016 | CERTIFICATE OF SERVICE | ZANE,J ROBERT | | |
| 08/01/2016 | MASTERS REPORT | COURT REPORTER | | |
| 08/01/2016 | STATEMENT | ZANE,J ROBERT | | |
| 08/01/2016 | CERTIFICATE OF SERVICE | ZANE,J ROBERT | | |
| 08/01/2016 | AMENDED INVENTORY AND EXPENSE STATEMENT | PAVLOVITZ,GREGORY J. | | |
| 08/01/2016 | CERTIFICATE OF SERVICE | PAVLOVITZ,GREGORY J. | | |
| 08/01/2016 | PROPOSED FINDING OF FACT/CONCLUS OF LAW | PAVLOVITZ,GREGORY J. | | |
| 08/01/2016 | CERTIFICATE OF SERVICE | PAVLOVITZ,GREGORY J. | | |
| 08/01/2016 | TRANSCRIPT | COURT REPORTER | | |

| 08/01/2016 | TRANSCRIPT | 7.31.17 CORRECTED | | |
|---|---|---|---|---|
| 07/19/2016 | MEMORANDUM OF LAW | PAVLOVITZ,GREGORY J. | | |
| 07/19/2016 | CERTIFICATE OF SERVICE | PAVLOVITZ,GREGORY J. | | |
| 07/18/2016 | CERTIFICATE OF SERVICE | PAVLOVITZ,GREGORY J. | | |
| 07/18/2016 | CERTIFICATE OF SERVICE | PAVLOVITZ,GREGORY J. | | |
| 07/18/2016 | CERTIFICATE OF SERVICE | PAVLOVITZ,GREGORY J. | | |
| 07/18/2016 | AMENDMENT | MILLER,WILLIAM J | | |
| 06/14/2016 | ORDER OF COURT/COPIES MAILED | BALDWIN,WILLIAM | | |
| 06/14/2016 | ORDER/HEARING SCHEDULE FOR | BALDWIN,WILLIAM | | |
| Special Process on 07/19/2016 09:00AM At MASTER | | | | |
| 05/16/2016 | ORDER OF COURT/COPIES MAILED | DOMALAKES,JOHN E | | |
| 05/16/2016 | ORDER-PETITION DENIED | DOMALAKES,JOHN E | | |
| 05/12/2016 | MEMORANDUM OF LAW | ZANE,J ROBERT | | |
| 05/10/2016 | OPINION AND ORDER OF COURT-COPIES MAILED | DOMALAKES,JOHN E | | |
| 05/10/2016 | ORDER/REMANDED TO MASTER | DOMALAKES,JOHN E | | |
| 04/20/2016 | ORDER OF COURT/COPIES MAILED | BALDWIN,WILLIAM | | |
| 04/20/2016 | ORDER/HEARING SCHEDULE FOR | BALDWIN,WILLIAM | | |
| Special Process on 05/13/2016 09:00AM At CCO | | | | |
| 04/19/2016 | PETITION FOR CONTEMPT | FACKENTHAL,JILL E | | |
| 04/19/2016 | CERTIFICATE OF SERVICE | FACKENTHAL,JILL E | | |
| 02/19/2016 | OPINION OF COURT | DOMALAKES,JOHN E | | |
| 02/19/2016 | DECREE IN DIVORCE GRANTED | DOMALAKES,JOHN E | 8.00 | PLAINTIFF |
| Judgement Against (1) WILLIAM J MILLER | | | | |
| 02/18/2016 | MEMORANDUM IN OPPOSITION | FACKENTHAL,JILL E | | |
| 02/18/2016 | CERTIFICATE OF SERVICE | FACKENTHAL,JILL E | | |
| 02/16/2016 | OBJECTION | FACKENTHAL,JILL E | | |
| 02/16/2016 | CERTIFICATE OF SERVICE | FACKENTHAL,JILL E | | |
| 02/12/2016 | BRIEF | ZANE,J ROBERT | | |
| 02/12/2016 | CERTIFICATE OF SERVICE | ZANE,J ROBERT | | |
| 02/04/2016 | BRIEF | FACKENTHAL,JILL E | | |
| 02/04/2016 | CERTIFICATE OF SERVICE | FACKENTHAL,JILL E | | |
| 01/26/2016 | ORDER OF COURT/COPIES MAILED | DOMALAKES,JOHN E | | |
| 01/26/2016 | ORDER-GRANTED | DOMALAKES,JOHN E | | |
| 01/25/2016 | BRIEF IN SUPPORT OF EXCEPTIONS | FACKENTHAL,JILL E | | |
| 01/25/2016 | CERTIFICATE OF SERVICE | FACKENTHAL,JILL E | | |
| 01/15/2016 | BRIEF IN SUPPORT OF EXCEPTIONS | ZANE,J ROBERT | | |
| 01/15/2016 | CERTIFICATE OF SERVICE | ZANE,J ROBERT | | |
| 01/06/2016 | ORDER OF COURT/COPIES MAILED | DOMALAKES,JOHN E | | |
| 01/06/2016 | ORDER/HEARING SCHEDULE FOR | DOMALAKES,JOHN E | | |

| | Special Process on 02/18/2016 09:30AM At CT RM 3 | | | |
|---|---|---|---|---|
| 01/04/2016 | PRAECIPE FOR ARGUMENT LIST | FACKENTHAL,JILL E | | |
| 01/04/2016 | EXCEPTIONS | FACKENTHAL,JILL E | | |
| 01/04/2016 | CERTIFICATE OF SERVICE | FACKENTHAL,JILL E | | |
| 12/31/2015 | EXCEPTIONS | ZANE,J ROBERT | | |
| 12/31/2015 | CERTIFICATE OF SERVICE | ZANE,J ROBERT | | |
| 12/15/2015 | MASTERS REPORT | MASTER | | |
| 12/04/2015 | ANSWER | FACKENTHAL,JILL E | | |
| 12/04/2015 | CERTIFICATE OF SERVICE | FACKENTHAL,JILL E | | |
| 11/16/2015 | ORDER OF COURT/COPIES MAILED | DOMALAKES,JOHN E | | |
| 11/16/2015 | ORDER/HEARING SCHEDULE FOR | DOMALAKES,JOHN E | | |
| | Special Process on 02/03/2016 09:30AM At | | | |
| 11/13/2015 | PRAECIPE | ZANE,J ROBERT | | |
| 11/04/2015 | ORDER OF COURT/COPIES MAILED | OUT OF STATE JUDGE | | |
| 11/04/2015 | ORDER FOR DISMISSAL | OUT OF STATE JUDGE | | |
| 10/29/2015 | ORDER OF COURT/COPIES MAILED | DOMALAKES,JOHN E | | |
| 10/29/2015 | ORDER/APPT OF MASTER | DOMALAKES,JOHN E | | |
| 10/27/2015 | ORDER OF COURT/COPIES MAILED | DOMALAKES,JOHN E | | |
| 10/27/2015 | ORDER FOR PERFORMANCE | DOMALAKES,JOHN E | | |
| 10/27/2015 | MOTION | FACKENTHAL,JILL E | | |
| 10/27/2015 | CERTIFICATE OF SERVICE | FACKENTHAL,JILL E | | |
| 10/27/2015 | PROPOSED FINDING OF FACT/CONCLUS OF LAW | FACKENTHAL,JILL E | | |
| 10/27/2015 | CERTIFICATE OF SERVICE | FACKENTHAL,JILL E | | |
| 10/26/2015 | PETITION | ZANE,J ROBERT | | |
| 10/26/2015 | CERTIFICATE OF SERVICE | ZANE,J ROBERT | | |
| 10/23/2015 | ORDER OF COURT/COPIES MAILED | DOMALAKES,JOHN E | | |
| 10/23/2015 | ORDER FOR PERFORMANCE | DOMALAKES,JOHN E | | |
| 10/19/2015 | PROPOSED FINDING OF FACT/CONCLUS OF LAW | ZANE,J ROBERT | | |
| 10/19/2015 | CERTIFICATE OF SERVICE | ZANE,J ROBERT | | |
| 10/16/2015 | TRANSCRIPT | COURT REPORTER | | |
| 10/16/2015 | TRANSCRIPT | COURT REPORTER | | |
| 10/15/2015 | TRANSCRIPT | COURT REPORTER | | |
| 10/15/2015 | TRANSCRIPT | COURT REPORTER | | |
| 10/15/2015 | TRANSCRIPT | COURT REPORTER | | |
| 10/15/2015 | PROPOSED FINDING OF FACT/CONCLUS OF LAW | FACKENTHAL,JILL E | | |
| 10/15/2015 | CERTIFICATE OF SERVICE | FACKENTHAL,JILL E | | |
| 10/13/2015 | OBJECTIONS TO SUBPOENA | ZANE,J ROBERT | | |
| 10/13/2015 | CERTIFICATE OF SERVICE | ZANE,J ROBERT | | |
| 09/11/2015 | PETITION FOR SPECIAL RELIEF | FACKENTHAL,JILL E | 64.00 | PLAINTIFF |

| 09/11/2015 | CERTIFICATE OF SERVICE | FACKENTHAL,JILL E | | |
|---|---|---|---|---|
| 09/10/2015 | APPLICATION DENIED | MASTERS OFFICE | | |
| 09/10/2015 | APPEAL OF DENIED APPLICATION | FACKENTHAL,JILL E | | |
| 09/10/2015 | APPEAL-DENIED | BALDWIN,WILLIAM | | |
| 09/09/2015 | PETITION FOR SPECIAL RELIEF | FACKENTHAL,JILL E | 64.00 | PLAINTIFF |
| 09/09/2015 | CERTIFICATE OF SERVICE | FACKENTHAL,JILL E | | |
| 09/09/2015 | APPLICATION FOR CONTINUANCE | FACKENTHAL,JILL E | | |
| 09/09/2015 | PRE TRIAL MEMORANDUM | FACKENTHAL,JILL E | | |
| 09/09/2015 | CERTIFICATE OF SERVICE | FACKENTHAL,JILL E | | |
| 09/09/2015 | ORDER OF COURT/COPIES MAILED | BALDWIN,WILLIAM | | |
| 09/09/2015 | ORDER/HEARING SCHEDULE FOR | BALDWIN,WILLIAM | | |
| | Special Process on 09/15/2015 09:30AM At MASTERS OFFICE | | | |
| 09/04/2015 | PETITION FOR SPECIAL RELIEF | FACKENTHAL,JILL E | 64.00 | PLAINTIFF |
| 09/04/2015 | MOTION | FACKENTHAL,JILL E | | |
| 09/04/2015 | CERTIFICATE OF SERVICE | FACKENTHAL,JILL E | | |
| 08/11/2015 | ORDER OF COURT/COPIES MAILED | BALDWIN,WILLIAM | | |
| 08/11/2015 | ORDER/HEARING SCHEDULE FOR | BALDWIN,WILLIAM | | |
| | Special Process on 09/15/2015 09:30AM At CCO | | | |
| 08/07/2015 | AMENDED PRE-TRIAL MEMORANDUM | FACKENTHAL,JILL E | | |
| 08/07/2015 | CERTIFICATE OF SERVICE | PAVLOVITZ,GREGORY J. | | |
| 07/24/2015 | ORDER OF COURT/COPIES MAILED | DOMALAKES,JOHN E | | |
| 07/24/2015 | ORDER FOR PERFORMANCE | DOMALAKES,JOHN E | | |
| 07/23/2015 | ORDER OF COURT/COPIES MAILED | BALDWIN,WILLIAM | | |
| 07/23/2015 | ORDER/HEARING SCHEDULE FOR | BALDWIN,WILLIAM | | |
| | Special Process on 08/10/2015 09:30AM At | | | |
| 06/30/2015 | ORDER OF COURT/COPIES MAILED | BALDWIN,WILLIAM | | |
| 06/30/2015 | ORDER/HEARING SCHEDULE FOR | BALDWIN,WILLIAM | | |
| | Special Process on 07/15/2015 01:30PM At CCO | | | |
| 06/26/2015 | PETITION FOR CONTEMPT | PAVLOVITZ,GREGORY J. | | |
| 06/26/2015 | CERTIFICATE OF SERVICE | PAVLOVITZ,GREGORY J. | | |
| 06/23/2015 | CERTIFICATE OF SERVICE | FACKENTHAL,JILL E | | |
| 06/23/2015 | CERTIFICATE OF SERVICE | FACKENTHAL,JILL E | | |
| 06/22/2015 | ORDER OF COURT/COPIES MAILED | BALDWIN,WILLIAM | | |
| 06/22/2015 | NOTICE OF CUSTODY CONFERENCE | BALDWIN,WILLIAM | | |
| | Special Process on 07/15/2015 01:30PM At MASTERS OFFICE | | | |
| 06/19/2015 | ANSWER | FACKENTHAL,JILL E | | |
| 06/19/2015 | ANSWER | FACKENTHAL,JILL E | | |
| 06/18/2015 | APPEARANCE FOR PLAINTIFF | PAVLOVITZ,GREGORY J. | | |
| 05/28/2015 | PRAECIPE/WITHDRAW APPEARANCE OF COUNSEL | JENKINS JR,ARTHUR L | | |

| | | | | |
|---|---|---|---|---|
| 05/28/2015 | CERTIFICATE OF SERVICE | JENKINS JR,ARTHUR L | | |
| 05/26/2015 | COUNTER-COMPLAINT IN DIVORCE | ZANE,J ROBERT | | |
| 05/26/2015 | NOTICE | MILLER,WILLIAM J | | |
| 05/26/2015 | CERTIFICATE OF SERVICE | ZANE,J ROBERT | | |
| 05/22/2015 | ORDER OF COURT/COPIES MAILED | DOMALAKES,JOHN E | | |
| 05/22/2015 | ORDER-GRANTED | DOMALAKES,JOHN E | | |
| 05/20/2015 | ORDER OF COURT/COPIES MAILED | BALDWIN,WILLIAM | | |
| 05/20/2015 | ORDER/HEARING SCHEDULE FOR | BALDWIN,WILLIAM | | |
| Special Process on 06/19/2015 09:30AM At MASTERS OFFICE | | | | |
| 05/18/2015 | CERTIFICATE OF SERVICE | JENKINS JR,ARTHUR L | | |
| 05/11/2015 | ORDER OF COURT/COPIES MAILED | DOMALAKES,JOHN E | | |
| 05/11/2015 | ORDER/HEARING SCHEDULE FOR | DOMALAKES,JOHN E | | |
| Special Process on 05/22/2015 09:30AM At CT RM 3 | | | | |
| 05/08/2015 | TRANSCRIPT | COURT REPORTER | | |
| 05/07/2015 | MEMORANDUM OF LAW | JENKINS JR,ARTHUR L | | |
| 05/07/2015 | CERTIFICATE OF SERVICE | JENKINS JR,ARTHUR L | | |
| 05/06/2015 | ORDER OF COURT/COPIES MAILED | DOMALAKES,JOHN E | | |
| 05/06/2015 | ORDER FOR PERFORMANCE | DOMALAKES,JOHN E | | |
| 04/22/2015 | EXCEPTIONS | JENKINS JR,ARTHUR L | | |
| 04/22/2015 | CERTIFICATE OF SERVICE | JENKINS JR,ARTHUR L | | |
| 04/22/2015 | CERTIFICATE OF SERVICE | ZANE,J ROBERT | | |
| 04/21/2015 | ANSWER | ZANE,J ROBERT | | |
| 04/21/2015 | CERTIFICATE OF SERVICE | ZANE,J ROBERT | | |
| 04/16/2015 | PETITION/WITHDRAW AS COUNSEL | JENKINS JR,ARTHUR L | | |
| 04/16/2015 | CERTIFICATE OF SERVICE | JENKINS JR,ARTHUR L | | |
| 04/08/2015 | ORDER OF COURT/COPIES MAILED | DOMALAKES,JOHN E | | |
| 04/08/2015 | ORDER-GRANTED | DOMALAKES,JOHN E | | |
| 04/07/2015 | MASTERS REPORT | MASTERS OFFICE | | |
| 02/13/2015 | ORDER OF COURT/COPIES MAILED | DOMALAKES,JOHN E | | |
| 02/13/2015 | ORDER-DENIED | DOMALAKES,JOHN E | | |
| 02/12/2015 | ORDER OF COURT/COPIES MAILED | BALDWIN,WILLIAM | | |
| 02/12/2015 | ORDER/HEARING SCHEDULE FOR | BALDWIN,WILLIAM | | |
| Special Process on 03/09/2015 09:30AM At MASTER'S OFFICE | | | | |
| 02/11/2015 | PRAECIPE TO TRANSMIT | JENKINS JR,ARTHUR L | | |
| 02/10/2015 | PRAECIPE FOR HEARING LIST | JENKINS JR,ARTHUR L | | |
| 02/10/2015 | ANSWER TO PETITION | JENKINS JR,ARTHUR L | | |
| 02/10/2015 | CERTIFICATE OF SERVICE | JENKINS JR,ARTHUR L | | |
| 02/10/2015 | ANSWER TO PETITION | JENKINS JR,ARTHUR L | | |
| 02/10/2015 | CERTIFICATE OF SERVICE | JENKINS JR,ARTHUR L | | |

| 02/06/2015 | AMENDED PETITION | ZANE,J ROBERT | | |
|---|---|---|---|---|
| 02/06/2015 | CERTIFICATE OF SERVICE | ZANE,J ROBERT | | |
| 01/16/2015 | ORDER OF COURT/COPIES MAILED | BALDWIN,WILLIAM | | |
| 01/16/2015 | ORDER/HEARING SCHEDULE FOR | BALDWIN,WILLIAM | | |
| | Special Process on 03/09/2015 09:30AM At MASTER | | | |
| 01/15/2015 | ORDER OF COURT/COPIES MAILED | BALDWIN,WILLIAM | | |
| 01/15/2015 | ORDER/HEARING SCHEDULE FOR | BALDWIN,WILLIAM | | |
| | Special Process on 02/12/2015 03:00PM At MASTER'S OFFICE | | | |
| 01/13/2015 | PETITION FOR SPECIAL RELIEF | ZANE,J ROBERT | 60.00 | PLAINTIFF |
| 01/13/2015 | CERTIFICATE OF SERVICE | ZANE,J ROBERT | | |
| 01/02/2015 | PRE TRIAL MEMORANDUM | JENKINS JR,ARTHUR L | | |
| 01/02/2015 | CERTIFICATE OF SERVICE | JENKINS JR,ARTHUR L | | |
| 12/29/2014 | PRE-HEARING MEMORANDUM | ZANE,J ROBERT | | |
| 12/29/2014 | CERTIFICATE OF SERVICE | ZANE,J ROBERT | | |
| 12/29/2014 | ANSWER TO PETITION | ZANE,J ROBERT | | |
| 12/29/2014 | CERTIFICATE OF SERVICE | ZANE,J ROBERT | | |
| 12/15/2014 | PETITION | JENKINS JR,ARTHUR L | | |
| 12/15/2014 | CERTIFICATE OF SERVICE | JENKINS JR,ARTHUR L | | |
| 12/12/2014 | ORDER OF COURT/COPIES MAILED | BALDWIN,WILLIAM | | |
| 12/12/2014 | ORDER/HEARING SCHEDULE FOR | BALDWIN,WILLIAM | | |
| | Special Process on 01/13/2015 11:00AM At MASTERS OFFICE | | | |
| 12/10/2014 | RESPONSE TO OBJECTIONS | ZANE,J ROBERT | | |
| 12/10/2014 | CERTIFICATE OF SERVICE | ZANE,J ROBERT | | |
| 12/10/2014 | ORDER OF COURT/COPIES MAILED | DOMALAKES,JOHN E | | |
| 12/10/2014 | ORDER/APPT OF MASTER | DOMALAKES,JOHN E | | |
| 12/01/2014 | OBJECTIONS/APPOINTMENT OF MASTER | JENKINS JR,ARTHUR L | | |
| 12/01/2014 | CERTIFICATE OF SERVICE | JENKINS JR,ARTHUR L | | |
| 11/14/2014 | MOTION/APPT MASTER | ZANE,J ROBERT | 549.25 | |
| 11/14/2014 | AUTOMATION FUND | ZANE,J ROBERT | 10.00 | PLAINTIFF |
| 11/14/2014 | CERTIFICATE OF SERVICE | ZANE,J ROBERT | | |
| 08/19/2014 | INVENTORY AND APPRAISEMENT | MILLER,WILLIAM J | | |
| 07/10/2014 | ORDER OF COURT/COPIES MAILED | DOMALAKES,JOHN E | | |
| 07/10/2014 | STIPULATION & ORDER OF COURT-COPIES MAILED | DOMALAKES,JOHN E | | |
| 06/06/2014 | OBJECTION | ZANE,J ROBERT | | |
| 06/06/2014 | CERTIFICATE OF SERVICE | ZANE,J ROBERT | | |
| 06/06/2014 | ORDER OF COURT/COPIES MAILED | BALDWIN,WILLIAM | | |
| 06/06/2014 | ORDER FOR PERFORMANCE | BALDWIN,WILLIAM | | |
| 06/06/2014 | APPLICATION FOR CONTINUANCE | JENKINS JR,ARTHUR L | | |
| 06/06/2014 | APPLICATION APPROVED | MASTER | | |

| Date | Description | Name | Amount | Party |
|---|---|---|---|---|
| 06/06/2014 | ORDER OF COURT/COPIES MAILED | BALDWIN,WILLIAM | | |
| 06/06/2014 | ORDER/HEARING SCHEDULE FOR | BALDWIN,WILLIAM | | |
| | Special Process on 07/08/2014 01:00PM At MASTER'S OFFICE | | | |
| 06/05/2014 | ANSWER TO PETITION | JENKINS JR,ARTHUR L | | |
| 06/05/2014 | CERTIFICATE OF SERVICE | JENKINS JR,ARTHUR L | | |
| 05/28/2014 | CERTIFICATE OF SERVICE | ZANE,J ROBERT | | |
| 05/16/2014 | ORDER OF COURT/COPIES MAILED | BALDWIN,WILLIAM | | |
| 05/16/2014 | ORDER/HEARING SCHEDULE FOR | BALDWIN,WILLIAM | | |
| | Special Process on 06/11/2014 01:30PM At MASTER | | | |
| 05/14/2014 | PRAECIPE FOR HEARING LIST | ZANE,J ROBERT | | |
| 05/14/2014 | PETITION FOR SPECIAL RELIEF | ZANE,J ROBERT | 60.00 | PLAINTIFF |
| 05/14/2014 | CERTIFICATE OF SERVICE | ZANE,J ROBERT | | |
| 03/14/2014 | CERTIFICATE OF SERVICE | ZANE,J ROBERT | | |
| 02/12/2014 | APPEARANCE FOR PLAINTIFF | JENKINS JR,ARTHUR L | | |
| 02/12/2014 | PRAECIPE/WITHDRAW APPEARANCE OF COUNSEL | PETRELLI JR,THOMAS J | | |
| 02/12/2014 | PRAECIPE/WITHDRAW APPEARANCE OF COUNSEL | SAWICKI,KRISTEN | | |
| 11/07/2013 | ORDER OF COURT/COPIES MAILED | DOMALAKES,JOHN E | | |
| 11/07/2013 | ORDER/WITHDRAWN | DOMALAKES,JOHN E | | |
| 11/01/2013 | PRAECIPE | ZANE,J ROBERT | | |
| 11/01/2013 | AGREEMENT BY PARTIES | ZANE,J ROBERT | | |
| 10/28/2013 | ANSWER | PETRELLI JR,THOMAS J | | |
| 10/28/2013 | CERTIFICATE OF SERVICE | PETRELLI JR,THOMAS J | | |
| 10/09/2013 | ORDER OF COURT/COPIES MAILED | BALDWIN,WILLIAM | | |
| 10/09/2013 | ORDER/HEARING SCHEDULE FOR | BALDWIN,WILLIAM | | |
| | Special Process on 11/01/2013 10:30AM At | | | |
| 10/07/2013 | PETITION FOR SPECIAL RELIEF | ZANE,J ROBERT | 60.00 | PLAINTIFF |
| 10/07/2013 | CERTIFICATE OF SERVICE | ZANE,J ROBERT | | |
| 08/14/2013 | AFFIDAVIT/CONSENT | MILLER,MARIAN L | | |
| 08/13/2013 | AFFIDAVIT/CONSENT | MILLER,WILLIAM J | | |
| 06/12/2013 | CERTIFICATE OF SERVICE | ZANE,J ROBERT | | |
| 05/06/2013 | AFFIDAVIT | OMLOR,MARIAN L | | |
| 04/23/2013 | PRAECIPE/ENTER APPEARANCE OF COUNSEL | ZANE,J ROBERT | | |
| 04/22/2013 | FEE RECEIVED | PETRELLI JR,THOMAS J | | |
| 04/08/2013 | T & E | PLAINTIFFS | 208.50 | PLAINTIFF |
| 04/08/2013 | STATE TAX (.50) | PLAINTIFFS | 0.50 | PLAINTIFF |
| 04/08/2013 | ATTORNEY | PLAINTIFFS | 3.00 | PLAINTIFF |
| 04/08/2013 | SATISFACTION | PLAINTIFFS | 12.00 | PLAINTIFF |
| 04/08/2013 | COMPUTER FUND | PLAINTIFFS | 141.00 | PLAINTIFF |
| 04/08/2013 | CHILDREN'S TRUST | PLAINTIFFS | 10.00 | OFFICE |

| 04/08/2013 | AUTOMATION FUND | | PLAINTIFFS | | 30.00 | PLAINTIFF |

Copyright © 2019 [ County of Schuylkill ]. All rights reserved.
Revised: June 28, 2016
E-mail any comments or corrections to Webmaster

**Fill in this information to identify the case:**

Debtor 1    **WILLIAM JOHN MILLER**

Debtor 2 _____
(Spouse, if filing)

United States Bankruptcy Court for the: **Middle** District of **Florida**

Case number:    **6:19-BK-3759-CCJ**

Official Form 410

# Proof of Claim

04/19

Read the instructions before filling out this form. This form is for making a claim for payment in a bankruptcy case. Do not use this form to make a request for payment of an administrative expense. Make such a request according to 11 U.S.C. § 503.

Filers must leave out or redact information that is entitled to privacy on this form or on any attached documents. Attach redacted copies of any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, judgments, mortgages, and security agreements. **Do not send original documents;** they may be destroyed after scanning. If the documents are not available, explain in an attachment.

A person who files a fraudulent claim could be fined up to $500,000, imprisoned for up to 5 years, or both. 18 U.S.C. §§ 152, 157, and 3571.

Fill in all the information about the claim as of the date the case was filed. That date is on the notice of bankruptcy (Form 309) that you received.

## Part 1: Identify the Claim

**1. Who is the current creditor?**

**MARIAN M. MILLER**

Name of the current creditor (the person or entity to be paid for this claim)

Other names the creditor used with the debtor _____

**2. Has this claim been acquired from someone else?**

☒ No
☐ Yes. From whom? _____

**3. Where should notices and payments to the creditor be sent?**

Federal Rule of Bankruptcy Procedure (FRBP) 2002(g)

Where should notices to the creditor be sent?

Michael A. Nardella, Esq., Nardella & Nardella PLLC
Name
135 W. Central Blvd., Suite 300
Number     Street
Orlando, FL 32801
City       State       Zip Code

Contact phone   (407) 966-2680

Contact email:   mnardella@nardellalaw.com

Where should payments to the creditor be sent? (if different)

Name

Number     Street

City       State       Zip Code

Contact phone _____

Contact email _____

Uniform claim identifier for electronic payments in chapter 13 (if you use one):

____ ____ ____ ____ ____ ____ ____ ____

**4. Does this claim amend one already filed?**

☒ No
☐ Yes. Claim number on court claims registry (if known)_____     Filed on _____
     MM / DD / YYYY

**5. Do you know if anyone else has filed a proof of claim for this claim?**

☒ No
☐ Yes. Who made the earlier filing? _____

## EXHIBIT B

**Part 2:**    **Give Information About the Claim as of the Date the Case Was Filed**

| | |
|---|---|
| 6. **Do you have any number you use to identify the debtor?** | ☒ No<br>☐ Yes. Last 4 digits of the debtor's account or any number you use to identify the debtor: _____  ____  ____  ____ |

| | |
|---|---|
| 7. **How much is the claim?** | $ <u>**UNKNOWN**</u> . Does this amount include interest or other charges?<br>☒ No<br>☐ Yes. Attach statement itemizing interest, fees, expenses, or other charges required by Bankruptcy Rule 3001(c)(2)(A). |

| | |
|---|---|
| 8. **What is the basis of the claim?** | Examples: Goods sold, money loaned, lease, services performed, personal injury or wrongful death, or credit card.<br><br>Attach redacted copies of any documents supporting the claim required by Bankruptcy Rule 3001(c).<br><br>Limit disclosing information that is entitled to privacy, such as health care information.<br><br>**Equitable distribution of assets subject to determination of Court in a dissolution of marriage proceeding pending in the Court of Common Pleas of Schuylkill County, Pennsylvania, with case number S-659-2013. See attached EXHIBIT A.** |

| | |
|---|---|
| 9. **Is all or part of the claim secured?** | ☒ No<br>☐ Yes. The claim is secured by a lien on property.<br><br>**Nature of property:**<br>☐ Real estate. If the claim is secured by the debtor's principal residence, file a *Mortgage Proof of Claim Attachment* (Official Form 410-A) with this *Proof of Claim.*<br>☐ Motor vehicle<br>☐ Other. Describe: _____<br><br>**Basis for perfection:** _____<br>Attach redacted copies of documents, if any, that show evidence of perfection of a security interest (for example, a mortgage, lien, certificate of title, financing statement, or other document that shows the lien has been filed or recorded.)<br><br>**Value of property:** $_____<br>**Amount of the claim that is secured:** $_____<br>**Amount of the claim that is unsecured:** $_____ (The sum of the secured and unsecured amounts should match the amount in line 7.)<br><br>**Amount necessary to cure any default as of the date of the petition:** $_____<br><br>**Annual Interest Rate** (when case was filed) _____%<br>☐ Fixed<br>☐ Variable |

| | |
|---|---|
| 10. **Is this claim based on a lease?** | ☒ No<br>☐ Yes. **Amount necessary to cure any default as of the date of the petition.** $_____ |

| | |
|---|---|
| 11. **Is this claim subject to a right of setoff?** | ☒ No<br>☐ Yes. Identify the property: _____ |

Official Form 410                                    Proof of Claim                                    page 2

| 12. | **Is all or part of the claim entitled to priority under 11 U.S.C. § 507(a)?** | ☒ No | |
|---|---|---|---|
| | | ☐ Yes. *Check* | |
| | A claim may be partly priority and partly nonpriority. For example, in some categories, the law limits the amount entitled to priority. | ☐ Domestic support obligations (including alimony and child support) under 11 U.S.C. § 507(a)(1)(A) or (a)(1)(B). | $_____ |
| | | ☐ Up to $3,025* of deposits toward purchase, lease, or rental of property or services for personal, family, or household use. 11 U.S.C. § 507(a)(7). | $_____ |
| | | ☐ Wages, salaries, or commissions (up to $13,650*) arned within 180 days before the bankruptcy petition is filed or the debtor's business ends, whichever is earlier. 11 U.S.C. § 507(a)(4). | $_____ |
| | | ☐ Taxes or penalties owed to governmental units. 11 U.S.C. § 507(a)(8). | $_____ |
| | | ☐ Contributions to an employee benefit plan. 11 U.S.C. § 507(a)(5). | $_____ |
| | | ☐ Other. Specify subsection of 11 U.S.C. § 507(a)( ) that applies. | $_____ |
| | | * Amounts are subject to adjustment on 4/01/19 and every 3 years after that for cases begun on or after the date of adjustment. | |

| **Part 3:** | **Sign Below** |
|---|---|

**The person completing this proof of claim must sign and date it. FRBP 9011(b).**

If you file this claim electronically, FRBP 5005(a)(2) authorizes courts to establish local rules specifying what a signature is.

**A person who files a fraudulent claim could be fined up to $500,000, imprisoned for up to 5 years, or both. 18 U.S.C. §§ 152, 157, and 3571.**

*Check the appropriate box:*

☐ I am the creditor.

☒ I am the creditor's attorney or authorized agent.

☐ I am the trustee, or the debtor, or their authorized agent. Bankruptcy Rule 3004.

☐ I am a guarantor, surety, endorser, or other codebtor. Bankruptcy Rule 3005.

I understand that an authorized signature on this *Proof of Claim* serves as an acknowledgment that when calculating the amount of the claim, the creditor gave the debtor credit for any payments received toward the debt.

I have examined the information in this *Proof of Claim* and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on date    08/16/2019
                    MM / DD / YYYY

 /s/ Michael A. Nardella
 Signature

**Print the name of the person who is completing and signing this claim:**

| Name | Michael A. Nardella, Esq. | | |
|---|---|---|---|
| | First Name | Middle Name | Last |
| Title | Attorney for Creditor | | |
| Company | Nardella & Nardella, PLLC | | |
| | Identify the corporate servicer as the company if the authorized agent is a servicer | | |
| Address | 135 W. Central Blvd., Suite 300 | | |
| | Number      Street | | |
| | Orlando, FL 32801 | | |
| | City | State | Zip |
| Contact Phone | (407) 966-2680 | Email  mnardella@nardellalaw.com | |

decree of divorce or annulment prior to the final determination and disposition of the matters provided for in subsection (b) if:

(1) grounds have been established as provided in subsection (g); and

(2) the moving party has demonstrated that:

  (i) compelling circumstances exist for the entry of the decree of divorce or annulment; and

  (ii) sufficient economic protections have been provided for the other party during the pendency of the disposition of matters provided for in subsection (b). **23 Ps.C.S.A. § 3323 (c.1)**

In reviewing the credible facts produced at the Bifurcation Hearing the Court concludes that grounds have been established for the entry of a Divorce Decree. It is apparent that both parties' agree that the marriage is irretrievably broken and have lived separate and apart for more than two (2) years, specifically they have been separated for more than six (6) years and have participated in a highly contentious Divorce procedure. The Court also concludes that the moving party has demonstrated compelling circumstances exist for entry of a Divorce Decree in that both parties need to move ahead with their lives and the fact that they are both hurt financially by Florida (where they own real estate) Law, which makes it difficult, if not virtually impossible, to refinance loans while they are married costing each significant sums. The Court also concludes that sufficient economic protections have been provided for Mrs. Miller in that her home is Florida is owned by her "free and clear", as is Mrs. Miller's automobile. Mr. Miller has agreed to provide life insurance assets for Mrs. Miller in an Irrevocable Trust, which will not be affected by entry of a Divorce Decree. It is noted that Marian Miller's testimony was mostly to the effect that she was unaware of the financial arrangements made for her benefit. Moreover, extensive hearings on Equitable Distribution of Property have been conducted and the parties' Exceptions are currently before the Court for disposition. Accordingly, the Court enters the following:

2

Schuylkill County Government

## COURT OF COMMON PLEAS OF SCHUYLKILL COUNTY--CIVIL ACTION

MARIAN M. MILLER,                 :      NO.: S-659-2013
    Plaintiff                     :
                        :
    vs.                           :
                        :
WILLIAM J. MILLER,               :
    Defendant                    :

Jill E. Fackenthal, Esq. – for Plaintiff
J. Robert Zane, Esq. – for Defendant

### ORDER

DOMALAKES, J.

AND NOW, this 19th day of February, 2016, the Petition for Bifurcation is **GRANTED** and it hereby **ORDERED** that Marian M. Miller and William J. Miller are **DIVORCED** from the bonds of matrimony.

BY THE COURT,

*Domalakes, J.*    J.

3

CERTIFICATE OF SERVICE

I, Peter H. Thomson, hereby certify that on the 5th day of September 2019, a true and correct copy of the foregoing NOTICE OF REMOVAL was served upon the following (via electronic service, hand-delivery and/or First Class US Mail as noted)

Office of the United States Trustee
George C. Young Federal Building
400 West Washington Street, Suite 1100
Orlando, FL 32801

Laurie K. Weatherford
Chapter 13 Trustee
Post Office Box 3450
Winter Park, FL 32790

Ronald Cutler, Esq.
1162 Pelican Bay Drive
Daytona Beach, FL 32119
Bankruptcy@ronaldcutlerpa.com

Alejandro G. Martine-Maldonado, Esq.
EXL Legal PLLC
12425 28th Street North, Suite 200
St. Petersburg, FL 33716
bk@exllegal.com

James R. Wood, Esq.
Portnoff Law Associates Ltd.
2700 Horizon Drive, Suite 100
King of Prussia, PA 19406
jwood@portnoffonline.com

Michael A. Nardella, Esq.
Nardella & Nardella PLLC
135 W. Central Blvd., Suite 300
Orlando, FL 32801
mnardella@nardellalaw.com

Honorable John E. Domalakes
Court of Common Pleas of Schuylkill County
401 North Second Street
Pottsville, PA 17901

Jill Fackenthal, Esq.
Gregory J. Pavolitz, Esq.
408 W. Market Street, 1st Floor
Pottsville, PA 17901
jefesq@comcast.net
gipesq@comcast.net


THOMSON LAW OFFICES LLC

Peter H. Thomson
Attorney for William J. Miller

FL ID 1004230

Thomson Law Offices LLC
5201 S. Atlantic Avenue, Unit 404
New Smyrna Beach, FL 32169

386-410-4633
pht@thomsonlawofficesllc.com