ORDERED.

Dated: September 16, 2020

_____
Karen S. Jennemann
United States Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION
www.flmb.uscourts.gov

| | |
|---|---|
| In re ) | |
| ) | |
| William J. Miller, ) | Case No. 6:19-bk-03759-KSJ |
| ) | Chapter 13 |
| Debtor. ) | |
| ) | |
| Marion Omlor, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Adversary No. 6:19-ap-00331-KSJ |
| ) | |
| William J. Miller, ) | |
| ) | |
| Defendant. ) | |

### ORDER DISMISSING ADVERSARY PROCEEDING WITH PREJUDICE

This adversary proceeding came on for consideration of the Joint Stipulation for Dismissal with Prejudice (Doc. No. 27) ("Stipulation") filed by the parties. After reviewing the pleadings and considering the positions of all interested parties, it is **ORDERED** this adversary proceeding is dismissed with prejudice based on the Stipulation (Doc. No. 27).

###

Michael A. Nardella is directed to serve a copy of this order on interested parties who do not receive service by CM/ECF and file a proof of service within three days of entry of this order.